04-14521

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

MARCHELLO ROLAND, MONICA GREER, )
as parent of TERENCE GREER, YVONNE )
SHAW, as parent of ANTWAIN SHAW, )
ERIC BRAND, and ANTHONY CARNEY, )
)
   PLAINTIFF )
)
V. )   No. 1-04-1098-T- An
)
HAYWOOD COUNTY BOARD OF )
EDUCATION, PATRICIA GRUENWALD, )
HAROLD GARRETT, KENT MOORE, )
MAGGIE STEWART, and GLORIA )
SWEET-LOVE, in their official capacity as )
members of the Board of Education; )
HAYWOOD COUNTY SCHOOLS )
DISCIPLINARY HEARING AUTHORITY, )
P.J. ANGOITTI, JIM FRAZIER, DOROTHY )
BOND, LAVERNE TUCKER, and TERESA )
RUSSELL, in their official capacity as )
members of the Disciplinary Hearing )
Authority; GEORGE CHAPMAN, in his )
official capacity as Director of Haywood )
County Schools; and ROBERT )
MITCHELL, in his official capacity as )
Principal of Haywood High School, )
)
   DEFENDANT. )

## STIPULATION OF DISMISSAL

Come now the Plaintiffs and Defendants and would set forth that the above reference cause should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this cause is dismissed with prejudice.

IT IS FURTHER ORDERED that costs of this cause are taxed against the Plaintiffs for which execution may issue if necessary.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 05-02-05   Page 1 of 2

Entered this 29th day of April, 2005.

_____
JUDGE TODD

APROVED FOR ENTRY:

By: _____  w/ permission
Scott A. Kramer                        Jennifer K. Craig
Attorney for Plaintiffs
80 Monroe, Suite G-1
Memphis, TN 38103
901-524-0200

By: _____
Charles M. Purcell (012461)
Jennifer K. Craig (020036)
Attorneys for Defendants
116 N. Church St., 1st Floor
Jackson, Tennessee 38301
(731) 424-6211

## CERTIFICATE OF SERVICE

This is to certify that I served a copy of this pleading or papers in person or by mail upon each attorney or firm of attorneys appearing of record for each adverse party on or before the filing date thereof.

DATE: This the 27th day of April, 2005.

WALDROP & HALL, P.A.

By: _____
Jennifer K. Craig



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 1:04-CV-01098 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Charles Wayne Cagle
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

Andrew V. Sellers
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Scott A. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Honorable James Todd
US DISTRICT COURT